```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TEAMSTERS LOCAL 456 PENSION FUND,
ET AL.,
                           Plaintiffs,

v.

KOSKI TRUCKING, INC., and KEITH
KOSKI Individually,
                           Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 10342 (VB)

       By letter dated February 16, 2023, plaintiffs' counsel advised the Court that this case had been settled pursuant to the terms of an "agreement to extend time for the payment of monies due," a "promissory note," and an "affidavit and stipulation (confession) for entry of judgment." (Doc. #21). On February 17, 2023, the Court so-ordered a stipulation of conditional discontinuance (Doc. #22), and the case was closed. The settlement documents appear to provide that if defendants defaulted on an agreed-upon payment plan, plaintiffs would be entitled to obtain a judgment against defendants in Supreme Court, Putnam County.

       By letter dated April 28, 2025, plaintiffs' counsel requested a conference with the Court "to discuss entry of the confessed judgment," among other things. (Doc. #24). On June 12, 2025, plaintiffs' counsel advised the Court that the parties were attempting to resolve the matters described in his previous letter. (Doc. #30). However, according to defense counsel, those efforts appear to have been unsuccessful. (Doc. #32).

       Accordingly, all counsel are ORDERED to appear in person for a case management conference on **September 3, 2025, at 12:30 p.m.**, at the White Plains Courthouse, Courtroom 620. At that time, counsel shall be prepared to discuss the issues presented in the parties' recent filings.

       In addition, by close of business on July 18, 2025, plaintiff's counsel is ORDERED to serve a copy of this Order on Assistant United States Attorney Carly Weinreb by email, and to file proof of service on the ECF docket. If Ms. Weinreb believes it would be useful, she is welcome to attend the September 3, 2025, conference.

Dated: July 17, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge