UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE, ANNUITY,
EDUCATION & TRAINING, INDUSTRY
ADVANCEMENT, AND LEGAL SERVICES
FUNDS, et al.,
               Plaintiffs,

v.

KOSKI TRUCKING, INC. and KEITH KOSKI,
Individually,
               Defendants.
------------------------------------------------------------x

**ORDER**

22 CV 10342 (VB)

As discussed at a conference held today and attended by counsel for all parties, as well as Assistant United States Attorney Carly Weinreb on behalf of the government, the parties are directed to continue to discuss resolution of their disputes in good faith.

In the event the parties are unable to resolve their disputes, plaintiffs may seek recourse to enforce the settlement agreement pursuant to the terms of the Stipulation and Order of Conditional Discontinuance (Doc. #22), by whatever means they deem appropriate.

Dated: September 3, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge