**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/25

---

TEAMSTERS LOCAL 456 PENSION, HEALTH & ) 
WELFARE, ANNUITY, EDUCATION & TRAINING, )
INDUSTRY ADVANCEMENT, AND LEGAL SERVICES )
FUNDS by Louis A. Picani, Joseph Sansone, Dominick )
Cassanelli, Jr., Roger Taranto, Ross Pepe, Jeffrey Isaacs, John )
Cooney, Jr., and Simone M. Almeida as Trustees and fiduciaries )
of the Funds, and WESTCHESTER TEAMSTERS LOCAL )   **ORDER AND**
UNION NO. 456, )   **JUDGMENT**
  )
            Plaintiffs, )
    - against – )   Civil Action No.
  )   7:22-cv-10342 (VB)
KOSKI TRUCKING, INC., and KEITH KOSKI, individually, )
  )
            Defendants. )

---

    This case involves claims for contributions, deductions, and related amounts sought pursuant to Sections 502(g)(2) and 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(g)(2), 1145, as well as Section 301(a) of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. §185(a). Plaintiffs are the Trustees of Teamsters Local 456 Pension, Health and Welfare, Annuity, Education and Training, Industry Advancement, and Legal Services Funds ("Funds") as well as the officers of the Westchester Teamsters Local Union No. 456 ("Union"). Plaintiffs maintain their offices at 160 South Central Avenue, Elmsford, New York 10523. Defendant Koski Trucking, Inc. also known as Affordable Logistics, Inc. ("Company") and Keith Koski, individually, operate a construction business from 2025 Maple Avenue, Cortlandt Manor, New York 10567.

    On February 16, 2023, the parties settled the claims in this case related to work in covered employment before January 1, 2023 [Docket No. 22]. On or about September 1, 2023, the Company and Mr. Koski defaulted on this settlement by failing to remit the $8,312.39 installment payment that was due on the first of that month. Setting aside the issue of attorneys' fees and costs

1

incurred by the Funds after January 23, 2023, Plaintiffs were entitled to a judgment against Defendants in the amount of $271,997.78 representing, $321,872.13 less $49,874.35 (or six (6) payments of $8,312.39 each).

On October 23, 2023, the Company filed a petition with the United States Bankruptcy Court for the Southern District of New York. *See In re Affordable Logistics, Inc.*, Case No.: 23-22782 (shl). On November 13, 2023, Defendant Keith Koski filed his own bankruptcy petition the United States Bankruptcy Court for the Southern District of New York. *See In re Keith Koski*, Case No. 23-22844 (cgm). By April 25, 2025, the Bankruptcy Court dismissed both cases as well as a second case related to the Company. *See In re: Affordable Logistics, Inc.*, Case Number: 24-22668 (shl). Following the dismissal of the Bankruptcy Court cases, there is no impediment for this District Court to enter the confessed judgment against Defendants in the amount of $271,997.78.

Pursuant to Rule 54 [*handwritten correction from 58*] of the Federal Rules of Civil Procedure, this Clerk of the Court shall enter judgment in favor of Plaintiffs and against Defendant Koski Trucking, Inc. also known as Affordable Logistics, Inc. and Keith Koski, individually, for $271,997.78, plus post-judgment interest in accordance with 28 U.S.C. §1961.

**SO ORDERED.**

DATED: October 14, 2025
White Plains, NY

[signature]
Vincent L. Briccetti
United States District Judge

→ The Clerk shall close this case.